ROCK CREEK RANCH CO., APPELLANT, *v.* MONTANA
TRUST & SAVINGS BANK, RESPONDENT.

(No. 6,219.)

(Submitted and decided January 6, 1928.)

[262 Pac. 1048.]

(For syllabus, see *Sun River Stock & Land Co.* v. *Montana
Trust & Savings Bank,* ante, p. 222.)

*Appeal from District Court, Lewis and Clark County; W. H.
Poorman and A. J. Horsky, Judges.*

*Messrs. Walsh & Nagle,* for Appellant.

*Mr. W. G. Gilbert, Mr. Harry P. Bennett* and *Mr. T. B.
Weir,* for Respondent.

Opinion: PER CURIAM.

Counsel for plaintiff and appellant, and defendant and re-
spondent, respectively, having stipulated that the result in this
case should abide the result in cases Nos. 6,190, 6,191, 6,193,
6, 194, 6,195 and 6,196 (262 Pac. 1039), ante, p. 222, it is
ordered that the judgment in this cause be, and the same is
hereby, reversed, with directions to the district court to enter
judgment for plaintiff.